[No. 17467–3–I.   Division One.   February 18, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. FRANK
EDGAR POWERS, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 85–1–00330–9, Byron L. Swedberg, J., entered October 31, 1985. *Affirmed* by unpublished opinion

per Williams, J., concurred in by Ringold, A.C.J., and Pekelis, J.